# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2081
_____

STATE OF FLORIDA, DEPARTMENT
OF HIGHWAY SAFETY AND MOTOR
VEHICLES,

   Petitioner,

v.

NICOLE X. SARRIS,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

March 1, 2019

PER CURIAM.

   DENIED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Christie S. Utt, General Counsel, and Mark L. Mason, Assistant General Counsel, Department of Highway Safety and Motor Vehicles, Tallahassee, for Petitioner.

L. Lee Lockett, Jacksonville Beach, for Respondent.